UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YEGANEH MOLOUKI,**<br>    *Plaintiffs*,<br>vs.<br><br>**MERCK & CO., INC., et al**<br>    *Defendants*. | :<br>:<br>:  No. 2:17-cv-01983<br>:<br>:<br>:  **JURY TRIAL DEMANDED** |

## WITHDRAWAL OF APPEARANCE

To: The clerk of court and all parties of record

    Pursuant to Local Rule 5.1(c), and in conjunction with the Entry of Appearance by Alva & Shuttleworth, LLC on this date, kindly withdraw my appearance as counsel on behalf of Plaintiff Yeganeh Molouki.

Dated: October 17, 2017

                                            Respectfully Submitted,

                                            __/s/ Michael S. Katz_____
                                            Michael S. Katz, Esq.
                                            Lopez McHugh, LLP
                                            214 Flynn Avenue
                                            Moorestown, NJ 08057
                                            (856) 273-8500
                                            (856) 273-8502 fax
                                            *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that on this date I served the foregoing Withdrawal of Appearance, via electronic delivery, upon the following:

>Eileen Oakes Muskett
>FOX ROTHSCHILD, LLP
>Midtown Building, Suite 400
>1301 Atlantic Avenue
>Atlantic City, NJ 08401

>Dino S. Sangiamo, Esq.
>Sarah L. Scott, Esq.
>Venable LLP
>750 E. Pratt Street, Suite 900
>Baltimore, MD 21202

                                              __/s/ Michael S. Katz _____
                                              Michael S. Katz, Esq.

Dated: October 17, 2017