# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YEGANEH MOLOUKI** : | |
| *Plaintiffs*, : | |
| vs. : | No. 2:17-cv-01983 |
| : | |
| **MERCK & CO., INC., et al** : | |
| *Defendants*. : | **JURY TRIAL DEMANDED** |

## WITHDRAWAL OF APPEARANCE

To: The clerk of court and all parties of record

    Pursuant to Local Rule 5.1(c), and in conjunction with the Entry of Appearance by Alva & Shuttleworth, LLC on this date, kindly withdraw my appearance as counsel on behalf of Plaintiff Yeganeh Molouki.

Dated: October 17, 2017

                                                                            Respectfully Submitted,

                                                                            __/s/ Andrew W. Knox_____
                                                                            Andrew W. Knox, Esq.
                                                                            Lopez McHugh, LLP
                                                                            214 Flynn Avenue
                                                                            Moorestown, NJ 08057
                                                                            (856) 273-8500
                                                                            (856) 273-8502 fax
                                                                            *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that on this date I served the foregoing Withdrawal of Appearance, via electronic delivery, upon the following:

    Eileen Oakes Muskett
    FOX ROTHSCHILD, LLP
    Midtown Building, Suite 400
    1301 Atlantic Avenue
    Atlantic City, NJ 08401

    Dino S. Sangiamo, Esq.
    Sarah L. Scott, Esq.
    Venable LLP
    750 E. Pratt Street, Suite 900
    Baltimore, MD 21202


                                              /s/ Andrew W. Knox
                                            Andrew W. Knox, Esq.

Dated: October 17, 2017